# United States District Court

**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| AARON THOMAS, | § | |
| | § | |
| *Plaintiff,* | § | Civil Action No. 4:25-cv-00648 |
| v. | § | Judge Mazzant/Judge Davis |
| | § | |
| ALBERTSONS, INC., | § | |
| | § | |
| *Defendant.* | § | |
| | § | |

## FINAL JUDGMENT

Pursuant to the Memorandum Adopting Report and Recommendation of the United States

Magistrate Judge filed in this matter on this date, it is hereby

**CONSIDERED, ORDERED, AND ADJUDGED** that Plaintiff's case against

Defendant Albertsons, Inc., is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

**SIGNED this 17th day of March, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE